UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN DOE, JOHN DOE AND JANE DOE,

    Plaintiffs,

v.                                        Case No. 8:18-cv-2172-T-36AEP

THE COLLEGE BOARD and
EDUCATIONAL TESTING SERVICE,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon the parties' Joint Motion for Entry of Protective Order (Doc. 59) and Joint Motion for Entry of ESI Protocol Order (Doc. 60). The Joint Motion for Entry of Protective Order (Doc. 59) sets forth the process by which the parties agree to handle the disclosure, dissemination, and use of confidential and proprietary information by or on behalf of any party through the discovery and all pretrial processes. For purposes of discovery and preventing the parties from litigating the issue of confidentiality as to each document, the parties' agreement serve a useful purpose. As such, the Court finds good cause to issue the protective order. *See* Fed. R. Civ. P. 26(c)(1). Upon consideration, therefore, it is hereby

    ORDERED:

1. The parties' Joint Motion for Entry of Protective Order (Doc. 59) is GRANTED and the proposed method by which the parties agree to handle the disclosure, dissemination, and use of confidential and proprietary information is APPROVED

and incorporated herein.[1] This Court's authority to enforce the terms of this agreement shall terminate upon a final determination of this action.

2. The parties' Joint Motion for Entry of ESI Protocol Order (Doc. 60) is GRANTED, and the ESI Protocol outlined in Doc. 60 shall be the protocol utilized by the parties in this matter.

DONE AND ORDERED in Tampa, Florida, on this 12th day of April, 2019.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

---

[1] The Court notes that, when a party seeks to file a document under seal, the Court shall determine the matter upon motion by the party in conformance with Local Rule 1.09. *See* M.D. Fla. R. 1.09.